# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA | : Hon. Jessica S. Allen, U.S.M.J. |
| v. | : |
| JOHN GILMORE, | : Mag. No. 24-8023 |
| a/k/a "JB," | : |
| a/k/a "John Boy," and | : |
| KENNETH PATTERSON | : **CRIMINAL COMPLAINT** |

I, Task Force Officer Keith Colon, being duly sworn, state the following is true and correct to the best of my knowledge and belief:

**SEE ATTACHMENT A**

I further state that I am a Task Force Officer with the Bureau of Alcohol, Tobacco, Firearms, and Explosives, and that this complaint is based on the following facts:

**SEE ATTACHMENT B**

continued on the attached pages and made a part hereof.

_____
Task Force Officer Keith Colon
Bureau of Alcohol, Tobacco,
Firearms, and Explosives

Task Force Officer Keith Colon attested to this Complaint by telephone pursuant to Federal Rule of Criminal Procedure 4.1(b)(2)(A) on February 14, 2024.

s/ Hon. Jessica S. Allen
_____
HONORABLE JESSICA S. ALLEN
UNITED STATES MAGISTRATE JUDGE

## ATTACHMENT A

### COUNT ONE
(Possession with Intent to Distribute Fentanyl and Cocaine)

On or about December 16, 2022, in Hudson County, in the District of New Jersey and elsewhere, the defendant,

> JOHN GILMORE,
> a/k/a "JB,"
> a/k/a "John Boy,"

did knowingly and intentionally possess with intent to distribute a quantity of a mixture and substance containing a detectable amount of fentanyl, a Schedule II controlled substance, and a quantity of a mixture and substance containing a detectable amount of cocaine, a Schedule II controlled substance.

In violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(C).

## COUNT TWO

(Conspiracy to Distribute and Possess with Intent to Distribute Controlled Substances)

On or about March 25, 2023, in Hudson County, in the District of New Jersey and elsewhere, the defendants,

JOHN GILMORE,
a/k/a "JB,"
a/k/a "John Boy," and
KENNETH PATTERSON,

did knowingly and intentionally conspire and agree with each other and others to distribute and possess with intent to distribute 40 grams or more of a mixture and substance containing a detectable amount of fentanyl, a Schedule II controlled substance, and a quantity of a mixture and substance containing a detectable amount of cocaine, a Schedule II controlled substance, contrary to Title 21, United States Code, Sections 841(a)(1), (b)(1)(B), and (b)(1)(C).

In violation of Title 21, United States Code, Section 846.

## **COUNT THREE**
(Possession with Intent to Distribute Fentanyl and Cocaine)

On or about March 25, 2023, in Hudson County, in the District of New Jersey and elsewhere, the defendant,

> JOHN GILMORE,
> a/k/a "JB,"
> a/k/a "John Boy,"

did knowingly and intentionally possess with intent to distribute a quantity of a mixture and substance containing a detectable amount of fentanyl, a Schedule II controlled substance, and a quantity of a mixture and substance containing a detectable amount of cocaine, a Schedule II controlled substance.

In violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(C).

## **COUNT FOUR**
(Possession with Intent to Distribute Fentanyl and Cocaine)

On or about March 25, 2023, in Hudson County, in the District of New Jersey and elsewhere, the defendant,

KENNETH PATTERSON,

did knowingly and intentionally possess with intent to distribute a quantity of a mixture and substance containing a detectable amount of fentanyl, a Schedule II controlled substance, and a quantity of a mixture and substance containing a detectable amount of cocaine, a Schedule II controlled substance.

In violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(C).

## COUNT FIVE
(Possession with Intent to Distribute Fentanyl and Cocaine)

On or about August 4, 2023, in Hudson County, in the District of New Jersey and elsewhere, the defendant,

> JOHN GILMORE,
> a/k/a "JB,"
> a/k/a "John Boy,"

did knowingly and intentionally possess with intent to distribute a quantity of a mixture and substance containing a detectable amount of fentanyl, a Schedule II controlled substance, and a quantity of a mixture and substance containing a detectable amount of cocaine, a Schedule II controlled substance.

In violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(C).

## **ATTACHMENT B**

I, Keith Colon, am a Task Force Officer with the Bureau of Alcohol, Tobacco, Firearms, and Explosives, and I am fully familiar with the facts set forth herein based on my own investigation and my conversations with other agents, and members of law enforcement and my review of their reports and of items of evidence.  Where statements of others are related herein, they are related in substance and in part.  Where I assert that an event took place on a particular date, I am asserting that it took place on or about the date alleged.  Since this complaint is being submitted for a limited purpose, I have not set forth each and every fact that I know concerning this investigation.

1. In and around late 2022, law enforcement was investigating narcotics activity in and around the Greenville neighborhood in Jersey City, New Jersey (the "Greenville Neighborhood") in response to information from citizen complaints and as part of law enforcement community outreach efforts.  Based on the investigation, law enforcement identified Defendant John Gilmore, a/k/a "JB," a/k/a "John Boy" ("GILMORE"), as a drug trafficker who engages in hand-to-hand drug transactions in the Greenville Neighborhood on a near-daily basis.  The investigation also revealed that GILMORE works with and provides narcotics to Defendant Kenneth Patterson ("PATTERSON").

2. For example, on or about December 16, 2022, law enforcement observed the following in the Greenville Neighborhood:

   a. An individual approached GILMORE and handed GILMORE U.S. currency.  GILMORE then handed the individual an object.  The individual was arrested a few minutes later in possession of two yellow containers of cocaine.

   b. An individual approached GILMORE and handed GILMORE U.S. currency.  GILMORE then handed the individual an object.  The individual was arrested a few minutes later in possession of three yellow containers of suspected cocaine, two purple containers of suspected cocaine, and five glassines of suspected fentanyl.

3. GILMORE was arrested shortly thereafter.  Following a search incident to arrest, law enforcement recovered from GILMORE'S person 21 glassines of fentanyl,[1] 22 pink containers of cocaine, 15 yellow containers of cocaine, and $153 in U.S. currency of suspected narcotics proceeds.

---

[1] Unless otherwise noted, the substances referenced in this Complaint have been confirmed as cocaine and fentanyl through laboratory testing.

4. GILMORE was charged in the Superior Court of New Jersey, Hudson County, and was released pending trial, after which he returned to selling drugs in and around the Greenville Neighborhood.

5. In and around mid-March 2023, law enforcement received reports of drug trafficking activity occurring in a residential building on Bergen Avenue in the Greenville Neighborhood (the "Building"). Law enforcement subsequently pulled surveillance video footage from the Building and observed GILMORE and PATTERSON engaging in what appeared to be drug-trafficking activity in and around the Building, including in a stairwell within the Building.

6. On or about March 25, 2023, law enforcement conducted surveillance at the Building and observed the following:

   a. Law enforcement observed PATTERSON in the stairwell conducting hand-to-hand narcotics transactions.

   b. Law enforcement observed GILMORE and another individual ("Individual-1") arrive in the vicinity of the Building in a blue Honda Acura (the "Acura").

   c. GILMORE and Individual-1 exited the Acura, and then entered the stairwell in the Building and met with PATTERSON. GILMORE then engaged in a suspected hand-to-hand narcotics transactions with a customer.

   d. An individual approached GILMORE and PATTERSON in the stairwell. The individual handed PATTERSON U.S. currency in exchange for an object that appeared to be narcotics. The individual was arrested a few minutes later in possession of one yellow-tinted cap of suspected cocaine and two glassine envelopes of suspected fentanyl stamped "Section 8" in green ink.

7. GILMORE and PATTERSON were arrested shortly thereafter. Following a search incident to arrest, law enforcement recovered from GILMORE, amongst other items, approximately three green-tinted caps of cocaine, two yellow-tinted caps of cocaine, 48 glassine bags of fentanyl stamped "Fantastic Surprise" in black ink, and 16 glassine bags of fentanyl stamped "Section 8" in green ink. Law enforcement also recovered approximately $982 in U.S. currency of suspected narcotics proceeds and the keys to the Acura.

8. Following a search incident to arrest, law enforcement recovered from PATTERSON approximately 72 green-tinted caps of cocaine, 32 yellow-tinted caps of cocaine, and 43 glassine bags of fentanyl stamped "Section 8" in green ink on his person. Law enforcement also recovered approximately $811 in U.S. currency of suspected narcotics proceeds.

9. On or about March 25, 2023, law enforcement seized the Acura. On or about March 28, 2023, law enforcement executed a search warrant of the Acura and recovered various items from inside the Acura, including approximately: (i) one clear plastic bag containing cocaine; (ii) six clear plastic bags collectively containing approximately 202 yellow-tinted caps of cocaine, 206 green-tinted caps of cocaine, and 213 orange-tinted caps of cocaine; (iii) one clear plastic bag containing fentanyl; (iv) 744 glassine bags of fentanyl stamped "Fantastic Surprise" in black ink; and (v) one clear plastic bag containing five glassine bags of fentanyl stamped "Section 8" in green ink. Law enforcement also recovered various drug paraphernalia from the Acura, including a black digital scale, a ceramic plate, two razors with suspected cocaine residue, and two toothbrushes with suspected cocaine residue.

10. PATTERSON was charged in the Superior Court of New Jersey, Hudson County, and was released pending trial.

11. GILMORE was charged in the Superior Court of New Jersey, Hudson County, and was released pending trial, after which he returned to selling drugs in and around the Greenville Neighborhood.

12. On or about August 4, 2023, law enforcement observed the following:

   a. A gray Kia Sorrento (the "Sorrento") approached Martin Luther King Drive in the Greenville Neighborhood, and GILMORE exited the Sorrento from the passenger side. Another individual ("Individual-2") drove the Sorrento.

   b. A short time later, an individual approached GILMORE. GILMORE handed the individual an object. The individual then handed GILMORE U.S. currency. The individual was arrested a few minutes later in possession of nine purple containers of suspected cocaine.

   c. An individual approached GILMORE and handed GILMORE U.S. currency. GILMORE then opened up the passenger side door of the Sorrento and reached for something inside the Sorrento. GILMORE then handed the individual an object. The individual was arrested a few minutes later in possession of three yellow containers of suspected cocaine and four glassines of suspected fentanyl stamped "New High Score Ultimate Level" in black and red ink.

13. GILMORE was arrested shortly thereafter. Individual-2 gave law enforcement consent to search the Sorrento, from which law enforcement recovered, amongst other items, approximately 67 purple containers of cocaine and 71 glassines of fentanyl stamped "New High Score Ultimate Level" in black

and red ink. Law enforcement also recovered approximately $564 in U.S. currency of suspected narcotics proceeds.